IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

PATRICIA HENTOSH,

    Plaintiff,

v.                                                                                   Civil Action No. 2:13cv290

OLD DOMINION UNIVERSITY,

    Defendant.

## AGREED ORDER OF DISMISSAL

The Parties, Patricia Hentosh and Old Dominion University, by counsel, have reached an agreement for resolution of the matters in dispute between them and, pursuant to that agreement, this action hereby is dismissed with prejudice. Hentosh agrees not to pursue reconsideration or appeal of the ruling of the United States Court of Appeals for the Fourth Circuit in *Patricia Hentosh v. Old Dominion University*, No. 13-2037. Each Party shall bear its own costs and expenses, including attorney's fees, in this civil action, in the civil action *Patricia Hentosh v. Old Dominion University*, Civil Action No. 2:12cv222, and in the appeal to the United States Court of Appeals for the Fourth Circuit in *Patricia Hentosh v. Old Dominion University*, No. 13-2037.

IT IS SO ORDERED this  15th  day of October, 2014.

                                                                       /s/
                                                Henry Coke Morgan, Jr.
                                                Senior United States District Judge

The Clerk shall enter this Order on the CM/ECF which shall provide notice to Plaintiff's and Defendant's counsel.

                                                HENRY COKE MORGAN, JR.
                                                SENIOR UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

_____
Raymond L. Hogge, Jr.
Virginia Bar Number: 29445
Hogge Law
500 E. Plume Street, Suite 800
Norfolk, VA 23510
Telephone: (757) 961-5400
Fax: (757) 962-5979
rayhogge@virginialaborlaw.com
Counsel for Patricia Hentosh

_____
Ronald N. Regnery
Virginia Bar Number 37453
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-5632
Fax: (804) 371-2087
E-mail: rregnery@oag.state.va.us
Counsel for Old Dominion University